IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:03CR208-3 |
| | ) | (Financial Litigation Unit) |
| KEVIN TRAVIS PORTER, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| REGIONAL UTILITY SERVICES, INC., | ) | |
| Garnishee. | ) | |

**DISMISSAL OF ORDER OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Garnishment filed in this case against Defendant Kevin Travis Porter as to Garnishee, Regional Utility Services, Inc., is DISMISSED.

Signed: August 14, 2012

Graham C. Mullen
United States District Judge